**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of October, two thousand and seventeen,

---

Mohammad O. Faroque, Khaled Khan, MD Imranul Haque, Khandker Haque, Mohammed S. Alam, Asad Ikbal, Mohammed E. Karim, on behalf of themselves and on behalf of all other similarly situated persons,

Plaintiff - Appellees,

v.

Park West Executive Services, DBA Town Car International, Town Car International Holdings, LLC, Zachary Berman, in his individual and professional capacities, John M. Ahern, in his individual and professional capacities,

Defendant - Appellants.

**ORDER**
Docket No. 17-1029

---

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 10/12/17